# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN PORTER LOPEZ,<br><br>    Plaintiff(s),<br><br>v.<br><br>TRUCKING MASTERS, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-01126-GMN-NJK<br><br>**Order**<br><br>[Docket No. 13] |

Pending before the Court is a stipulation to extend case management deadlines by 90 days. Docket No. 13. The stipulation indicates that this relief is warranted based on new information regarding medical care. *Id.* at 3. The stipulation provides no elaboration on why that development necessitates a lengthy three-month extension, as opposed to a shorter one. Accordingly, the stipulation is **DENIED** without prejudice. No later than October 22, 2024, the parties must file either a stipulation with proposed deadlines reflecting a 30-day extension or a stipulation providing meaningful explanation why a longer extension is warranted.

IT IS SO ORDERED.

Dated: October 17, 2024

                                              Nancy J. Koppe
                                              United States Magistrate Judge