JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
MELISSA INGLEBY, ESQ.
Nevada State Bar No. 12935
ASHLEY L. ZURKAN, ESQ.
Nevada State Bar No. 16473
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:   (702) 258-6662
jchristensen@bremerwhyte.com
mingleby@bremerwhyte.com
azurkan@bremerwhyte.com

Attorneys for Defendants,
AHMAD ALDAYEM and TRUCKING MASTERS
LLC dba TRUCKING MASTERS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUAN PORTER LOPEZ,<br><br>   Plaintiff,<br><br>vs.<br><br>TRUCKING MASTERS, LLC, AHMAD A ALDAYEM and DOES I through X, inclusive,<br><br>   Defendants. | Case No. 2:24-cv-01126<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

**IT IS HEREBY STIPULATED AND AGREED TO** by and between Plaintiff JUAN PORTER LOPEZ ("Plaintiff"), by and through his attorney of record, Bruce Tingey, Esq., and Oliver Tingey, Esq. of the law firm TINGEY INJURY LAW FIRM, and Defendants TRUCKING MASTERS, LLC and AHMAD A. ALDAYEM, by and through their attorney of record, Jared G. Christensen, Esq, Melissa Ingleby, Esq., and Ashley L. Zurkan, Esq., of the law firm Bremer Whyte Brown & O'Meara LLP, and for good cause that the discovery deadlines in the above-entitled matter be extended by sixty (60) days to allow for necessary discovery.

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1473.018  4867-3503-7170.2

# I.

## **DISCOVERY COMPLETED TO DATE**

Listed below is a statement specifying the discovery completed in this case:

1. Plaintiff's Initial List of Witnesses and Production of Documents made pursuant to FRCP 26(a)(1).

2. Defendants' Initial List of Witnesses and Production of Documents made pursuant to FRCP 26(a)(1).

3. Defendant's First Set of Interrogatories, Requests for Admission, and Requests for Production to Plaintiff. Plaintiff answered this discovery on October 21, 2024.

4. Plaintiff's First Supplemental Disclosures made pursuant to FRCP 26(a)(1).

# II.

## **DISCOVERY REMAINING TO BE COMPLETED**

The Parties plan to complete the following discovery:

1. Produce medical records for recent treatment of Plaintiff;

2. At least one (1) FRCP 35 examination of Plaintiff;

3. Depositions of various witnesses including, but not limited to:
   a. The parties;
   b. The parties' retained initial and rebuttal experts; and
   c. Other percipient witnesses as needed;

4. Initial Expert Disclosures;

5. Rebuttal Expert Disclosures; and

6. Other discovery as needed.

///

///

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1473.018  4867-3503-7170.2

## III.

## **REASONS DISCOVERY HAS NOT BEEN COMPLETED**

Good cause exists to grant the Parties' request for an extension to discovery deadlines. This is the first request for an extension. Despite the parties' diligence and good faith attempts to pursue discovery in preparation for their respective case, significant discovery remains to be completed.

This extension is justified because, in advance of initial expert disclosures, Plaintiff informed Defendants that the previously disclosed damages of $116,590 would balloon by a factor of 6 to over $600,000 in future treatment alone. Since Plaintiff continues to treat for his injuries, this figure may continue to grow. In approximately the second week of October, Defendant learned that Plaintiff had a recent doctor appointment at which his provider recommended significant and brand-new recommendations for future treatment which neither the parties nor their counsel anticipated in setting the Scheduling Order for this matter.

Indeed, the parties have endeavored to avoid such interruptions or surprises through frequent conferral. The parties had been in regular communication regarding potential settlement and with a desire to avoid the expense of expert testimony, but this new information has required Defendant to obtain further expert discovery which will not be practicable by the existing deadline for expert disclosure. As such, the deadlines cannot be reasonably met despite the diligence of the Parties who seek the extension. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

The requested extension is sufficient to allow Defendant to engage an expert witness to perform a Rule 35 examination of the Plaintiff and to prepare a thorough report. Defendants have already identified a medical provider to perform this examination and seek only the time sufficient for that expert to review the records in this matter and to schedule an examination of the Plaintiff. This examination is tentatively set for November 22, 2024, which is past the current expert deadline. Given

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

3

1473.018  4867-3503-7170.2

1  the multiple schedules involved, the parties estimate that sixty days will be sufficient
2  to accomplish this remaining discovery without undue prejudice to either party. Fewer
3  than sixty days would prejudice Defendants in their presentation of evidence and
4  defense of their case by denying them a reasonable opportunity to evaluate the future
5  damages alleged.

6       The parties are actively engaging in discovery in this matter with only expert
7  discovery and depositions remaining to be completed. Furthermore, the parties are
8  acting in good faith in filing this Stipulation and without an intent to improperly delay
9  the proceedings. Continuing the deadlines for completing discovery will not prejudice
10 any party or have a negative impact upon the judicial administration of this Honorable
11 Court. Accordingly, the Parties are requesting a 60-day extension to all remaining
12 discovery deadlines.

13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

4

1473.018  4867-3503-7170.2

# IV.

## PROPOSED SCHEDULE FOR COMPLETING DISCOVERY

The Parties hereto, and for good cause described in this stipulation, and in accord with Local Rule 6-1 and Local Rule 26-3, request this Honorable Court to adopt and approve this stipulated extension to the discovery plan, and continue the discovery deadlines as requested below:

| DISCOVERY EVENT | CURRENT DEADLINES | PROPOSED DEADLINES |
|---|---|---|
| Initial Expert Disclosures | November 7, 2024 | **January 6, 2025** |
| Rebuttal Expert Disclosures | December 9, 2024 | **February 7, 2025** |
| Close of Discovery | January 6, 2025 | **March 7, 2025** |
| Dispositive Motions | February 5, 2025 | **April 6, 2025** |
| Joint Pre-Trial Order | March 7, 2025 | **May 6, 2025** |

The parties hereby stipulate to the proposed changes in the discovery deadlines.

Dated: October 22, 2024                              Dated: October 22, 2024

**BREMER WHYTE BROWN & O'MEARA LLP**                 **TINGEY INJURY LAW FIRM**

/s/ Ashley L. Zurkan                                 /s/ Oliver Tingey
JARED G. CHRISTENSEN, ESQ.                           BRUCE TINGEY, ESQ.
Nevada State Bar No. 11538                           Nevada State Bar No. 5151
MELISSA INGLEBY, ESQ.                                OLIVER TINGEY, ESQ.
Nevada State Bar No. 12935                           Nevada Bar No. 16638
ASHLEY L. ZURKAN, ESQ.                               *Attorney for Plaintiff*
Nevada State Bar No. 16473
*Attorneys for Defendant AHMAD ALDAYEM and TRUCKING MASTERS LLC dba TRUCKING MASTERS*

///

///

///

///

///

///

///

1473.018  4867-3503-7170.2

## ORDER

Based upon the stipulation of the parties hereto, and for good cause appearing:

IT IS HEREBY ORDERED that the discovery deadlines are extended as follows:

| Event: | Deadline: |
|---|---|
| Initial Expert Designations: | January 6, 2025 |
| Rebuttal Expert Designations: | February 7, 2025 |
| Discovery Cutoff Date: | March 7, 2025 |
| Dispositive Motions: | April 6, 2025 |
| Joint Pre-Trial Order: | May 6, 2025 |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 23, 2024

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

6

1473.018  4867-3503-7170.2