# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN PORTER LOPEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AHMAD A ALDAYEM, *et al.*,<br><br>　　　　Defendants. | Case No.: 2:24-cv-01126-GMN-NJK<br><br>**Order**<br><br>[Docket No. 17] |

　　　　Pending before the Court is a stipulation that Plaintiff will submit to a Rule 35 examination, as well as the agreed-upon procedures for that examination. Docket No. 17. Unless doing so interferes with Court deadlines or proceedings, parties are generally permitted to stipulate to discovery procedures without obtaining Court approval. Fed. R. Civ. P. 29. The pending stipulation fails to explain why Court approval is necessary in this instance.

　　　　Accordingly, the stipulation is **DENIED**. Docket No. 17.

　　　　IT IS SO ORDERED.

　　　　Dated: November 19, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge