1  JARED G. CHRISTENSEN, ESQ.
   Nevada State Bar No. 11538
2  MELISSA INGLEBY, ESQ.
   Nevada State Bar No. 12935
3  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
4  SUITE 250
   LAS VEGAS, NV 89144
5  TELEPHONE:  (702) 258-6665
   FACSIMILE:   (702) 258-6662
6  jchristensen@bremerwhyte.com
   mingleby@bremerwhyte.com
7
   Attorneys for Defendants,
8  AHMAD ALDAYEM and TRUCKING MASTERS
   LLC dba TRUCKING MASTERS
9

10                       UNITED STATES DISTRICT COURT
11                           DISTRICT OF NEVADA
12

13 | JUAN PORTER LOPEZ, | Case No. 2:24-cv-01126 |
14 |         Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
15 |     vs. | |
16 | TRUCKING MASTERS, LLC, AHMAD A ALDAYEM and DOES I through X, inclusive, | |
17 | | |
18 |         Defendants. | |

19
       IT IS HEREBY STIPULATED by and between Defendants AHMAD
20
   ALDAYEM and TRUCKING MASTERS LLC dba TRUCKING MASTERS by and
21
   through their attorneys of record Jared G. Christensen, Esq. and Melissa Ingleby, Esq.
22
   of the law firm BREMER WHYTE BROWN & O'MEARA LLP; and Plaintiffs JUAN
23
   PORTER LOPEZ, by and through his attorneys of record Oliver C. Tingey, Esq., of
24
   TINGEY INJURY LAW FIRM, and hereby stipulate that all of Plaintiff JUAN
25
   PORTER LOPEZ'S claims for relief asserted in the Complaint in Case No. 2:24-cv-
26
   ///
27
   ///
28

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1473.018 4922-2647-6852.1

01126 are dismissed with prejudice. Each party further agrees to bear its own fees and costs.

| DATED: April 11, 2025 | DATED: April 11, 2025 |
|---|---|
| BREMER WHYTE BROWN & O'MEARA, LLP | TINGEY INJURY LAW FIRM |
| By: */s/ Melisssa Ingleby*<br>Jared Christensen, Esq.<br>Nevada State Bar No. 11538<br>Melissa Ingleby, Esq.<br>Nevada State Bar No. 12935<br>Attorneys for Defendant AHMAD ALDAYEM and TRUCKING MASTERS LLC dba TRUCKING MASTERS | By: */s/ Oliver Tingey*<br>Oliver C. Tingey, Esq.<br>Nevada State Bar No. 16638<br>Attorneys for Plaintiff<br>JUAN PORTER LOPEZ |

///

///

///

///

///

///

///

///

///

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1473.018 4922-2647-6852.1

# ORDER

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all of Plaintiffs' claims as set forth in the Complaint filed in the United States District Court as Case Number 2:24-cv-01126 are hereby dismissed with prejudice, with all parties to bear their own attorneys' fees and costs. The Clerk of Court is kindly directed to close the case.

**IT IS SO ORDERED.**

April __11_, 2025.

_____
Gloria M. Navarro
U.S. District Court Judge

Respectfully Submitted By:

BREMER WHYTE BROWN & OMEARA, LLP

By: */s/ Melissa Ingleby*
Melissa Ingleby, Esq.
Nevada State Bar No. 12935
Attorneys for Defendants, AHMAD ALDAYEM and TRUCKING MASTERS LLC dba TRUCKING MASTERS

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

1473.018  4922-2647-6852.1